association's NRS 116.3116(2) superpriority lien has true priority over a
 first security interest, and the association may nonjudicially foreclose on
 that lien. The district court's decisions thus were based on an erroneous
 interpretation of the controlling law and did not reach the other issues
 colorably asserted. Accordingly, we
 VACATE the order denying preliminary injunctive relief,
 REVERSE the order granting the motion to dismiss, AND REMAND this
 matter to the district court for further proceedings consistent with this
 order.

 Hardesty

 Douglas
 •e#7,4 J.

 CHERRY, J., concurring:
 For the reasons stated in the SFR Investments Pool 1, LLC v.
 U.S. Bank, N.A., 130 Nev. , 334 P.3d 408 (2014), dissent, I disagree
 that respondent lost its lien priority by virtue of the homeowners
 association's nonjudicial foreclosure sale. I recognize, however, that SFR
 Investments is now the controlling law and, thusly, concur in the
 disposition of these appeals.

 J.

SUPREME COURT
 OF
 NEVADA
 2
(D) 1947A e
 cc: Hon. Jerry A. Wiese, District Judge
 Howard Kim & Associates
 Wright, Finlay & Zak, LLP/Las Vegas
 Eighth District Court Clerk

SUPREME COURT
 OF
 NEVADA
 3
(0) 1947A .0